In the Matter of the Application for Letters of Administration on the Goods, Chattels and Credits of DAVID WALKER WILLIAMS, Deceased.

(Argued October 19, 1888; decided November 27, 1888.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made March 31, 1887, which affirmed a decree of the surrogate of the county of New York granting letters of administration to the mother of the decedent, a non-resident.

*Thomas Jackson* for appellant.

*William Allen Butler* for respondent.

Agree to affirm on authority of *In re Page* (107 N. Y. 266).
All concur.
Order affirmed.